# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

rweaver@molodspitz.com
www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

March 20, 2015

*REPLY TO NEW YORK OFFICE

Via ECF
Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    John Frederick v. City of New York, Sea Gate Association, et al.
             13-cv-00897 (MKB)(RML)
             United States District Court, Eastern District
             Our File: UN-907a

Dear Judge Brodie:

    We represent the Sea Gate Association in the above noted action.

    In accordance with Your Honor's individual rules, the Sea Gate Association defendant has served the plaintiff and co-defendants with the following papers regarding the Sea Gate Association's motion to dismiss:

1. Notice of Motion
2. Rule 12.1 Notice to the Pro Se Plaintiff
3. Declaration of Ross G. Weaver
4. Memorandum of Law

                        Respectfully submitted,

                        MOLOD SPITZ & DeSANTIS, P.C.

                        By: _____
                               Ross G. Weaver

RGW:dz

Cc: John Frederick
Plaintiff Pro Se
P.O. Box 471774
Brooklyn, NY 11247

Daniel M. Braun, Esq.
NYC Law Department, City of New York
Special Fed Lit Division
100 Church Street Ws 3-159c
New York, NY 10007

Maurizio Savoiardo, Esq.
Miranda, Sambursky, Slone,
Sklarin & Veroniotis, LLP
240 Mineola Boulevard
Mineola, NY 11501

MOLOD SPITZ & DESANTIS, P.C.